UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMEY WILCOX,

        Plaintiff,

v.

Civil Action No. 09-cv-1001

SCOTT LOWERY LAW OFFICE P.C. and
ARROW FINANCIAL SERVICES, LLC,

        Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jamey Wilcox, hereby voluntarily dismisses this action against Defendant Scott Lowery Law Office P.C. and Arrow Financial Services, LLC, with prejudice.

DATED:     January 15, 2010

_____
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884